IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:08cr8HTW-JCS

DONNA LEANNE MCCALL CHANDLER

ORDER DISMISSING INDICTMENT

CAME ON TO BE HEARD this day the motion *Ore Tenus* of the United States to dismiss, pursuant to Rule 48(a), Fed. R. Crim. Pro., the indictment in the above styled and numbered cause, and the Court, having further been advised that the defendant entered a plea of guilty to a lesser offense arising out of the same nucleus of operative facts, find that the government's motion is meritorious and should be, and the same hereby is, sustained. It is, therefore,

ORDERED AND ADJUDICATED

that the criminal indictment in the cause above styled and numbered should be, and hereby is, dismissed with prejudice.

SO ORDERED this, the 21st Day of January, 2009.

HENRY T. WINGATE
Chief United States District Judge